# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In Re:

STEVEN ANTHONY CRIBBS
MAUREEN CRIBBS

CASE NO. 8:10-BK-05819-CPM
CHAPTER 13

Debtor(s)

_____/

## ORDER GRANTING RELIEF FROM CO-DEBTOR STAY (D.E. 49)

THIS CASE came for consideration upon the Motion for Relief from Co-Debtor Stay, filed by HARLEY-DAVIDSON seeking relief from the co-debtor stay (D.E. 49). No appropriate response having been filed in accordance with Local Rule 2002-4; and the Court, being fully advised in the premises, finds that said motion is meritorious. Accordingly, it is

ORDERED:

1. The automatic stay arising by reason of 11 U.S.C. Section 1301 is terminated as to Movant's interest in the following property:

**2008 BUELL 1125R FIREBOLT , VIN: 4MZHL04D883B01531**

2. The Order Granting Relief from Co-Debtor Stay is entered for the sole purpose of allowing Movant to obtain an in personam judgment against the co-debtor, KEVIN M CRIBBS.

3. Movant shall be entitled to recover, as part of an in rem judgment against the property, attorneys fees and costs in the amount of $275.00 for the prosecution of this Motion.

4. The fourteen (14) day stay of this Order pursuant to Bankruptcy Rule 4001(a)(3) is waived and in rem relief is effective as of the date of this Order.

DONE AND ORDERED in Tampa, Florida, this \_\_4th\_\_ day of \_\_March\_\_, 2013.

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

Copies furnished to:
HARLEY-DAVIDSON
9204 King Palm Drive
Tampa, FL 33619-1328

STEVEN ANTHONY CRIBBS
5605 SAWGRASS ROAD
SARASOTA, FL 34232

MAUREEN CRIBBS
5605 SAWGRASS ROAD
SARASOTA, FL 34232

KEVIN M CRIBBS, CO-DEBTOR
5605 SAWGRASS ROAD
SARASOTA, FL 34232

MELODY D. GENSON, ESQUIRE
2750 RINGLING BOULEVARD, SUITE 3
SARASOTA, FL 34237

JON WAAGE, TRUSTEE
P.O. BOX 25001
BRADENTON, FL 34206